UNITED STATES BANKRUPTCY COURT
Northern District of Georgia
Rome Division

In Re:  Debtor(s)
**Kenneth Lamar Godfrey**
P.O. Box 501
Cave Spring, GA 30124

xxx−xx−9608

Case No.: **12−42427−pwb**
Chapter:  **13**

## NOTICE TO CHAPTER 13 DEBTOR
## REGARDING DOMESTIC SUPPORT OBLIGATIONS

    If you **now** have a domestic support obligation (an obligation to pay alimony, maintenance or support of your spouse, former spouse, child or parent of your child (see 11 U.S.C. § 101(14A) for further explanation)) or if during this case, a domestic support obligation is imposed upon you then, **in order to receive your discharge,** you must be current (up−to−date) on all the payments for your domestic support obligation that:(1) came due **before** you filed your bankruptcy petition and your Chapter 13 plan required you to pay, and (2) came due **after** you filed your bankruptcy petition. See 11 U.S.C. § 1328(a). Before you receive your discharge you will be required to certify under penalty of perjury that payments on your domestic support obligations are up−to−date by filing a ***Debtor's 11 U.S.C. § 1328 certificate.*** The Chapter 13 Trustee will provide a copy of this Certificate after you have completed all payments on your confirmed Plan. **IF YOU DO NOT FILE THIS CERTIFICATE YOU WILL NOT RECEIVE A DISCHARGE AND THE CASE WILL BE CLOSED.**

    This Notice will be served upon Debtor and counsel for Debtor.

October 18, 2012
Date

M. Regina Thomas
Clerk of Court
U. S. Bankruptcy Court

Form 427

```
                            United States Bankruptcy Court
                              Northern District of Georgia
In re:                                                              Case No. 12-42427-pwb
Kenneth Lamar Godfrey                                               Chapter 13
         Debtor
                                 CERTIFICATE OF NOTICE
District/off: 113E-6          User: mahone                 Page 1 of 2             Date Rcvd: Oct 18, 2012
                              Form ID: 427                 Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2012.
db            +Kenneth Lamar Godfrey,   P.O. Box 501,   Cave Spring, GA 30124-0501
aty           +Jeffrey B. Kelly,   Law Office of Jeffrey B. Kelly, P.C.,   107 E. 5th Avenue,
                Rome, GA 30161-1725

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 20, 2012**               Signature:   *Joseph Speetjens*

```
District/off: 113E-6          User: mahone                Page 2 of 2                  Date Rcvd: Oct 18, 2012
                              Form ID: 427                Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2012 at the address(es) listed below:
         Jeffrey B. Kelly    on behalf of Debtor Kenneth Godfrey kellygabankruptcy@gmail.com, kellycourtnotices@gmail.com
         Mary Ida Townson    courtdailysummary@atlch13tt.com
         Robert J. Fehse    on behalf of Creditor  TD Auto Finance, LLC rfehse@evanspetree.com
                                                                                                                                        TOTAL: 3